IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MICHAEL L'HEUREUX,<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation;<br><br>Defendant. | 8:23CV327<br><br>**FINAL PROGRESSION ORDER**<br><br>**(AMENDED)** |

The Court grants Defendant's Unopposed Motion to Modify the Final Progression Order. Filing No. 29.

Accordingly,

IT IS ORDERED that the final progression order is modified as follows:

1) The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings currently set for March 11, 2025 is <u>continued</u> and will be held with the undersigned magistrate judge on **June 10, 2025** at **11:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is April 17, 2025. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by May 12, 2025.

**Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3)  The deadlines for complete expert disclosures[1] for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    For the defendant(s):    February 27, 2025.

    Plaintiff(s)' rebuttal:    March 27, 2025.

4)  The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is June 5, 2025.

5)  The deadline for filing motions to dismiss and motions for summary judgment is July 21, 2025.

6)  The deadline for filing motions to exclude testimony on *Daubert* and related grounds is July 21, 2025.

7)  All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. **Such requests will not be considered absent a substantial showing of good cause.**

8)  All other deadlines and provisions in the Court's prior final progression orders not amended herein remain unchanged.

Dated this 16th day of October, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge

---

[1] While treating medical and mental health care providers are generally not considered "specially retained experts," not all their opinions relate to the care and treatment of a patient. Their opinion testimony is limited to what is stated within their treatment documentation. As to each such expert, any opinions which are not stated within that expert's treatment records and reports must be separately and timely disclosed.